No. 03–9235. SHIELDS *v.* POTTER, POSTMASTER GENERAL. C. A. 8th Cir. Certiorari denied.

No. 03–9248. SHAVER *v.* LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9265. JOHNSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–9276. MORANT *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–9283. TUCKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9285. RIOS-MARADIAGA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9291. MORELLI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9292. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9301. MATHISON ET UX. *v.* CORRECTIONS CORPORATION OF AMERICA ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–9302. MANLEY *v.* DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 03–9303. BACHMANN *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 03–9304. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–9309. BREEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–9310. SOSA *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.